Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Daniel Tarin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

DANIEL TARIN,

PLAINTIFF,

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 1:26-cv-05736-SKO

---------------------------------------------------------

**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION**

Before the Court is the Stipulation and Unopposed Motion, filed by Plaintiff, Daniel Tarin, for an extension of time. (Doc. 12.) Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until **December 18, 2026**, to file his Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to **January 19, 2027**. Plaintiff's deadline to file a reply brief, if any, is extended to **February 2, 2027**.

IT IS SO ORDERED.

Dated: **October 14, 2026**

**/s/** *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE